# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-2408
_____

United States of America

*Plaintiff - Appellee*

v.

Troy J. Clark

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Ft. Dodge

_____

Submitted: October 22, 2014
Filed: October 27, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

Troy Clark directly appeals the sentence that the district court[1] imposed upon revoking his supervised release. He argues that the sentence is unreasonable. Upon

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

careful review, see <u>United States v. Miller</u>, 557 F.3d 910, 915-16 (8th Cir. 2009) (appellate review of revocation sentence), we conclude that the within-Guidelines-range revocation sentence is not unreasonable, see <u>United States v. Petreikis</u>, 551 F.3d 822, 824 (8th Cir. 2009).  Accordingly, we affirm the judgment of the district court.  We also grant counsel's motion for leave to withdraw.

_____